IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**REGINALD DESMOND WALLACE.**

    **Petitioner,**

v.                                                                 **No. 3:19-cv-465-TSL-BWR**

**STATE OF MISSISSIPPI AND BURL CAIN,**
**COMMISSIONER OF THE MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS,**

    **Respondents**

## **ENTRY OF APPEARANCE**

The undersigned, who is a member of the Bar of this Court, hereby enters his appearance as Counsel for Petitioner Reginald Desmond Wallace.

                                                           Respectfully Submitted,

                                                           s/ Robert B. McDuff
                                                           ROBERT B. MCDUFF
                                                          MS Bar No. 2532
                                                          767 North Congress Street
                                                          Jackson, MS 39202
                                                          rbm@mcdufflaw.com
                                                          601-259-8484

                                                          *Counsel for the Petitioner*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has filed the foregoing using the ECF system which caused it to be served on all counsel of record on this 25th day of October, 2022.

s/ Robert B. McDuff