IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**REGINALD DESMOND WALLACE**                          **PETITIONER**

v.                              **CIVIL ACTION NO. 3:19-CV-465-TSL-BWR**

**STATE OF MISSISSIPPI, ET AL.**                          **RESPONDENTS**

### ORDER EXTENDING DEADLINE TO RESPOND
### AND SETTING BRIEFING SCHEDULE

Before this Court is Respondents' Unopposed Motion to Stay Deadline to Respond and to Set a Briefing Schedule. Doc. 25. This Court has considered the Motion and concludes that it is well-taken and should be granted.

Therefore, it is **ORDERED** that Respondents' deadline to respond to Wallace's federal habeas petition by November 4, 2022 is extended and the following agreed upon deadlines are set in this case:

1) Wallace's deadline to file any supplement to his petition shall be on or before November 22, 2022;

2) Respondents' deadline to respond to Wallace's petition and any supplement shall be on or before January 5, 2023; and

3) Wallace's deadline to reply to Respondents' responsive pleading shall be on or before January 20, 2023.

**ORDERED** this the 27th day of October, 2022.

*s/ Bradley W. Rath*
HONORABLE BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE