**Supreme Court of Mississippi**
**Court of Appeals of the State of Mississippi**
*Office of the Clerk*

| | |
|---|---|
| D. Jeremy Whitmire | *(Street Address)* |
| Post Office Box 249 | 450 High Street |
| Jackson, Mississippi 39205-0249 | Jackson, Mississippi 39201-1082 |
| Telephone: (601) 359-3694 | |
| Facsimile: (601) 359-2407 | e-mail:sctclerk@courts.ms.gov |

October 30, 2018

This is to advise you that the Mississippi Court of Appeals rendered the following decision on the 30th day of October, 2018.

Court of Appeals Case # 2016-CA-01647-COA
Trial Court Case # 2014-0095 C

Reginald Desmond Wallace a/k/a Reginald Wallace v. State of Mississippi

The motion for rehearing is denied. Irving, P.J., Barnes and Westbrooks, JJ., would grant.

\* NOTICE TO CHANCERY/CIRCUIT/COUNTY COURT CLERKS \*
If an original of any exhibit other than photos was sent to the Supreme Court Clerk and should now be returned to you, please advise this office in writing immediately.

**Please note: Pursuant to MRAP 45(c), amended effective July, 1, 2010, copies of opinions will not be mailed. Any opinion rendered may be found at www.courts.ms.gov under the Quick Links/Supreme Court/Decision for the date of the decision or the Quick Links/Court of Appeals/Decision for the date of the decision**.

# EXHIBIT D
