IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**REGINALD DESMOND WALLACE**                          **PETITIONER**

**v.**                            **CIVIL ACTION NO. 3:19-CV-465-TSL-BWR**

**STATE OF MISSISSIPPI, ET AL.**                          **RESPONDENTS**

### ORDER GRANTING MOTION FOR EXTENSION OF TIME

Before this Court is Respondents' Motion for Extension of Time (Doc. 35) to respond to Petitioner Reginald Desmond Wallace's Objections (Doc. 34) to the Report and Recommendation (Doc. 33). This Court has considered the Motion and concludes that it is well-taken and should be granted.

Therefore, it is **ORDERED** that Respondents are granted up to and including August 11, 2025, to respond to Petitioner's Objections to the Report and Recommendation in this case.

**ORDERED** this the 29th day of July, 2025.

/s/ /s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE