```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                  NORTHERN DIVISION
```

REGINALD DESMOND WALLACE                                    PETITIONER

VERSUS                              CIVIL ACTION NO. 3:19CV465TSL-BWR

STATE OF MISSISSIPPI, ET AL.

## JUDGMENT

Having fully reviewed the report and recommendation of the United States Magistrate Judge entered in this cause and having adopted same as the opinion of this court, the court finds that the entire action should be dismissed with prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the respondent, and that this action is dismissed with prejudice.

SO ORDERED this 20th day of August, 2025.

```
                    /s/ Tom S. Lee
                    UNITED STATES DISTRICT JUDGE
```