IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | | |
|---|---|---|
| REGINALD DESMOND WALLACE | § § § | |
| Petitioner, | § § | |
| v. | § § | CASE NO. 3:19-CV-465-TSL-BWR |
| | § § § § | |
| STATE OF MISSISSIPPI AND BURL CAIN, COMMISSIONER OF THE MISSISSIPPI DEPARTMENT OF CORRECTIONS, | § § § § § | |
| Respondents. | § § | |

## PETITIONER'S NOTICE OF APPEAL

Petitioner Reginald Desmond Wallace, by and through undersigned counsel, hereby gives notice of appeal to the United States Court of Appeals for the Fifth Circuit from this Court's order (Dkt. 39) and final judgment (Dkt. 40) denying his motion for post-conviction relief under 28 U.S.C. § 2254, entered on the docket on August 20, 2025. This Court has already issued a certificate of appealability (Dkt. 39 at 2).

Respectfully submitted,

*/s/ Jennifer S. Freel*
JENNIFER S. FREEL
Texas Bar No. 24051327 (pro hac vice)
jfreel@jw.com
JACKSON WALKER L.L.P.
100 Congress Ave., Suite 1100
Austin, Texas 78701
(512) 236-2330

EMILY M. RHINE
Texas Bar No. 24110812 (pro hac vice)
erhine@jw.com
JACKSON WALKER L.L.P.
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-5675

*/s/ Robert B. McDuff*
ROBERT B. MCDUFF
Miss. Bar No. 2532
767 North Congress Street
Jackson, Mississippi 39202
(601) 259-8484
rbm@mcdufflaw.com

COUNSEL FOR PETITIONER

## CERTIFICATE OF SERVICE

I certify that I have filed the foregoing using the ECF system which provides notification to all counsel of record.

This 25th day August, 2025.

*/s/ Jennifer S. Freel*
Jennifer S. Freel

Counsel for Petitioner