# United States Court of Appeals
# for the Fifth Circuit

No. 25-60458

United States Court of Appeals
Fifth Circuit
**FILED**
February 9, 2026
Lyle W. Cayce
Clerk

REGINALD DESMOND WALLACE,

*Petitioner—Appellant,*

versus

STATE OF MISSISSIPPI;
BURL CAIN, *Commissioner, Mississippi Department of Corrections,*

*Respondents—Appellees.*

_____

Application for Certificate of Appealability
The United States District Court
for the Southern District of Mississippi
USDC No. 3:19-CV-465

_____

ORDER:

    Reginald Wallace, Mississippi prisoner #184110, was convicted of armed robbery, kidnapping, and conspiracy to commit armed robbery and was sentenced to 30 years. He moves this court to expand the certificate of appealability ("COA") issued by the district court to include a claim concerning prejudice under *Strickland v. Washington*, 466 U.S. 668 (1984).

    "[T]his court has no jurisdiction to issue a COA on an issue on which the district court did not deny a COA." *Black v. Davis*, 902 F.3d 541, 545 (5th Cir. 2018). Because the district court did not first deny a COA on the

No. 25-60458

claim of *Washington* prejudice, this court will not issue one on that claim. *See id.* The motion for expansion of the COA is DENIED.

_____
JERRY E. SMITH
*United States Circuit Judge*

2