# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 09, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

 No. 25-60458  Wallace v. State of Mississippi
        USDC No. 3:19-CV-465

Enclosed is an order entered in this case.

       Sincerely,

       LYLE W. CAYCE, Clerk

       By: _____
       Roeshawn Johnson, Deputy Clerk
       504-310-7998

Mrs. Emily M. Carlton
Ms. Jennifer Sheffield Freel
Ms. Bridgette Grant
Mr. Jim Hood
Mr. Arthur S. Johnston III
Mr. Robert Bruce McDuff
Ms. Jerrolyn M. Owens
Ms. Erin E. Rutherford
Mr. Cody Lee Vaughn